UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

/TORRES

CASE NO.

**CIV-LENARD**
**07-21123**

PATRICIA ELLIOTT,

Plaintiff,

v.

OCEAN REEF CLUB, INC.,

Defendant.
_____/

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** the defendant, Ocean Reef Club, Inc. ("Ocean Reef"), has removed this cause to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1441. The grounds for removal are:

1. On or about March 30, 2007, a civil action was filed in the Circuit Court of the Eleventh Judicial District in and for Miami-Dade County, Florida titled *Patricia Elliott v. Ocean Reef Club, Inc.*, Case No. 07-09127CA11. The Summons and the Complaint in the state court action were served on Ocean Reef on April 10, 2007. Other than the service of the Summons and the Complaint, no proceedings have transpired in this matter.

2. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings and documents filed and served in this action are attached hereto as Exhibit "A."

3. This Notice of Removal is filed within thirty (30) days of Ocean Reef receiving a copy of the initial pleading setting forth a claim for relief and is, therefore, timely filed pursuant to 28 U.S.C. § 1446(b).

4. Pursuant to 28 U.S.C. § 1446(d), Ocean Reef, concurrently with the filing of this Notice of Removal, served written notice thereof to all adverse parties and has filed a copy of

this Notice with the Clerk of the Circuit Court of the Eleventh Judicial District in and for Miami-Dade County, Florida, from which this case was removed. A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit "B."

## FEDERAL QUESTION JURISDICTION

5.  This Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331 and this case can be removed to this Court pursuant to 28 U.S.C. § 1441 in that it is a civil action containing federal question causes of action under the 1) Fair Labor Standards Act ("FLSA") 29 U.S.C. § 201 *et seq.* and 2) the Equal Pay Act, 29 U.S.C. § 206. (See Complaint, ¶ 11).

6.  Based on the foregoing, this Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331 and this case is, therefore, properly removable to this Court pursuant to 28 U.S.C. § 1441.

Accordingly, Ocean Reef requests the removal of this case from the Circuit Court of the Eleventh Judicial District in and for Miami-Dade County, Florida to this Court.

Date: April 26, 2007

FISHER & PHILLIPS LLP
Suite 800
450 E. Las Olas Boulevard
Fort Lauderdale, Florida 33301
(954) 525-4800
(954) 525-8739

By: *Suzanne Bogdan*
Suzanne K. Bogdan
(Fla. Bar No. 0893560)
sbogdan@laborlawyers.com
Sherica R. Bryan
(Fla Bar No. 633070)
sbryan@layborlawyers.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing NOTICE OF REMOVAL to be served on the following individual by depositing same in the United States Mail, First Class, postage prepaid:

> Lawrence J. McGuinness, Esquire
> LAWRENCE J. MCGUINNESS, P.A.
> 5805 Blue Lagoon Drive
> Suite 145
> Miami, Florida 33126

*Suzanne Bogdan*

Date: April 26, 2007

## SERVICE LIST
CASE NO.

| Lawrence J. McGuinness, Esquire<br>LAWRENCE J. MCGUINNESS, P.A.<br>5805 Blue Lagoon Drive<br>Suite 145<br>Miami, Florida 33126<br><br>*Attorney for the Plaintiff* | Suzanne K. Bogdan  ((Fla. Bar No. 0893560)<br>sbogdan@laborlawyers.com<br>Sherica R. Bryan (Fla. Bar No. 633070)<br>sbryan@laborlawyers.com<br>FISHER & PHILLIPS LLP<br>450 East Las Olas Boulevard<br>Suite 800<br>Ft. Lauderdale, Florida 33301<br>Telephone:     (954) 525-4800<br>Facsimile:      (954) 525-8739<br><br>*Attorneys For Defendant* |
|---|---|

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN & FOR MIAMI-DADE
COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

PATRICIA ELLIOTT,                : CASE NO. **07-09127CA 11**

       Plaintiff,         :

vs.                              :

OCEAN REEF CLUB, INC.,           :

       Defendant.         : **SUMMONS**
_____/

THE STATE OF FLORIDA:

To Each Sheriff of Said State:

    YOU ARE HEREBY COMMANDED to serve this Summons, a copy of the Complaint n this action on Defendant OCEAN REEF CLUB, INC., **BY SERVING, PURSUANT TO F.S. §48.091**:

    RA:  Kenneth Luban
         35 Ocean Reef Dr., Suite 200 EO
         Key Largo, Fl 33037

    If service cannot be made on the Registered Agent because of failure to comply with F.S. § 48.091, service of process shall be permitted on any employee at the corporation's place of business.

    **OR BY SERVING, ONE OF THE FOLLOWING IN THE ORDER OR PRIORITY AS LISTED BELOW, PURSUANT TO F.S. §48.081**:

    1.    The president or vice president, or other head of the corporation; and/or in his or her absence;

    2.    The cashier, treasurer, secretary or general manager; and in the absence of all of the above;

    3.    Any director; and in the absence of all of the above; or

    4.    Any officer or business agent residing in the state.



Each Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose address is:

LAWRENCE J. McGUINNESS, P.A.
Counsel for Plaintiff
5805 Blue Lagoon Dr., Suite 145
Miami, Florida 33126
Tel. No.: (305) 264-5611
Fax No.: (305) 264-5617

Attention: LAWRENCE J. McGUINNESS, ESQ.

within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

DATED ON _____MAR 3 0 2007_____, 2007.

Harvey Ruvin,
Clerk of the Court

By: __DASHAWN LANE__
as Deputy Clerk

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN & FOR MIAMI-DADE
COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 07-09127CA11

PATRICIA ELLIOTT,

   Plaintiff,

vs.

OCEAN REEF CLUB, INC.,

   Defendant.
_____/

**EPA COMPLAINT**

  Plaintiff, through counsel, sues Defendant under the Equal Pay Act ("EPA"), and states:

### A. JURISDICTION, PARTIES & VENUE

  1. The amount in dispute in these proceedings exceeds the sum of $15,000.00, exclusive of interest, costs and attorneys' fees. Plaintiff is also seeking equitable relief as allowed by the EPA. This is a claim by Plaintiff against Defendant for EPA violations.

  2. Plaintiff worked for Defendant in Miami-Dade County, Florida as an Assistant Buyer for the period August 2000 through March 16, 2007. Plaintiff was a female "employee" protected by the provisions of the EPA.

  3. Defendant engages in business in Miami-Dade County, Florida and was Plaintiff's "employer" as provided by the provisions of the EPA.

-1-

## B. GENERAL ALLEGATIONS

4. Plaintiff, despite her superior qualifications and long work history with Defendant, was paid significantly less than similarly situated male employees who had similar qualifications to her.

5. Moreover, although Defendant allowed Plaintiff to assume the job duties and responsibilities of a managerial employee in her department, refused to elevate her to the position of a manager. Instead, while Defendant gave Plaintiff a raise of $0.61 per hour, it hired a less qualified male applicant to do the same functions that Plaintiff was doing at a salary in the mid-$40K's.

6. When Plaintiff complained to Defendant about this pay disparity, it was explained to her that she was being paid less since she was a woman and therefore did not need the same pay as a man.

7. Plaintiff resigned due to Defendant's failure to pay her in an equal fashion to similarly situated male employees.

8. Plaintiff has performed and/or satisfied all conditions precedent on his part to be performed and/or Defendant has otherwise waived such conditions by its actions.

9. Plaintiff is entitled to her attorneys' fees and costs for bringing this action pursuant to the §216 of the FLSA and/or the EPA and Plaintiff has retained the undersigned law firm and is obligated thereby to pay for her fees and costs incurred herein.

## COUNT I - EPA CLAIM

10. Plaintiff readopts and realleges all allegations contained in ¶¶ 1-9 above.

11. Plaintiff brings this Count under the §206 of the EPA, which is an amendment to the Fair Labor Standards Act, 29 U.S.C. §201 et seq. (the "FLSA") against Defendant for unequal pay violations.

12. Plaintiff was paid less than similarly situated males who had similar job qualifications to hers despite Plaintiff performing substantially equal work on jobs which required equal skill, effort and responsibility and where such jobs were performed under similar working conditions.

13. Plaintiff seeks to recover from Defendant the pay differential, as well as an additional amount as liquidated damages, costs, and reasonable attorneys' fees under the provisions of the EPA. Plaintiff is also seeking that the Court enjoin and/or enter injunctive relief against Defendant for its EPA violations.

14. Jurisdiction is conferred on this Court by Title 28 U.S.C. § 1337 and by Title 29 U.S.C. § 216(b).

15. Defendant was, and at all times pertinent to this Complaint, engaged in interstate commerce and is otherwise subject to the EPA. By reason of the foregoing, Defendant was, during all times hereafter mentioned, an enterprise engaged in commerce or in the production of goods for commerce as defined in §§ 3(r) and 3(s) of the Act, 29 U.S.C. § 203(r) and 203(s).

16. By reason of her employment with Defendant, Plaintiff was employed during such period by an enterprise engaged in commerce within the meaning of 29 U.S.C. § 206(a) and 207(a). The work

performed by Plaintiff was directly essential to the those interstate activities described above, which was directly essential to the business performed by Defendant. Plaintiff, by virtue of her job duties and functions as described above, was engaged in commerce.

17. Plaintiff was entitled to be paid at a similar rate to her male counterparts.

18. Defendant knew and/or showed reckless disregard of the provisions of the EPA by its failure to pay Plaintiff in an equal manner to similarly situated male employees.

19. By reason of the said intentional, willful and unlawful acts of Defendant, Plaintiff has suffered damages plus incurring costs and reasonable attorney's fees. As a result of Defendant's willful disregard of the EPA, Plaintiff is entitled to liquidated damages.

WHEREFORE, Plaintiff demands judgment against Defendant for her damages as allowed by the EPA, liquidated damages, reasonable attorney's fees and costs of suit, and for all proper relief.

## JURY DEMAND

Plaintiff demands a jury trial for all matters so triable as a matter of right.

Respectfully submitted,

LAWRENCE J. McGUINNESS, P.A.
Counsel for Plaintiff
5805 Blue Lagoon Dr., Suite 145
Miami, Florida 33126
Ph. No. (305) 264-5611
Fax No. (305) 264-5617

BY: _____
LAWRENCE J. McGUINNESS
Fla. Bar No. 814611

-4-

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN & FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

PATRICIA ELLIOTT,

   Plaintiff,

v.

OCEAN REEF CLUB, INC.,

   Defendant.

_____/

CASE NO.   07-09127 CA 11

## DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT the defendant, Ocean Reef Club, Inc., pursuant to 28 U.S.C.§ 1441, *et seq.*, has removed the above-styled action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida.

Attached hereto as Exhibit "A" is a copy of the Notice of Removal which has been filed in the United States District Court, Southern District of Florida.

Date: April 26, 2007

FISHER & PHILLIPS LLP
Suite 800
450 E. Las Olas Boulevard
Fort Lauderdale, Florida 33301
(954) 525-4800
(954) 525-8739

By: _____
Suzanne K. Bogdan
(Fla. Bar No. 893560)
Sherica R. Bryan
(Fla Bar No. 633070)

Attorneys for Defendant



EXHIBIT B

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of the foregoing to be served on the following individual by depositing same in the United States Mail, First Class, postage prepaid:

        Lawrence J. McGuiness P.A.
        5805 Blue Lagoon Drive, Suite 145
        Miami, Florida 33126

*[signature: Suzanne Bogdan]*

Date: April 26, 2007

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of the Court for purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Patricia Elliott

**(b) County of Residence of First Listed Plaintiff** Miami Dade County
(EXCEPT IN U.S. PLAINTIFF CASES)

T TORRES

**DEFENDANTS**
Ocean Reef Club, Inc.
County of Residence of First Listed Defendant Monroe
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**07-21123**

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
Lawrence J. McGuiness P.A.
Lawrence J. McGuiness, Esquire
5805 Blue Lagoon Drive, Suite 145
Miami, Florida 33126
Telephone: 305-264-5611

CIV - LENARD

**Attorneys (If Known)**
Suzanne K. Bogdan
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard, Suite 800
Ft. Lauderdale, Florida 33301
Telephone: (954) 525-4800

**(d) Check County Where Action Arose:** ☒ Dade ☐ Monroe ☐ Broward ☐ Palm Beach ☐ Martin ☐ St. Lucie ☐ Indian River ☐ Okeechobee Highlands

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

1:07CV 21123-Lenard-Torres

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 630 Liquor Laws |  | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury – Med. Malpractice |  |  | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 365 Personal Injury – Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 890 Other Statutory Actions |
|  | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
|  | **PERSONAL PROPERTY** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
|  | ☐ 370 Other Fraud | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
|  | ☐ 371 Truth In Lending | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
|  | ☐ 380 Other Personal Property Damage | ☐ 791 Empl. Ret. Inc. Security Act. |  | ☐ 895 Freedom of Information Act |
|  | ☐ 385 Property Damage Product Liability |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions To Vacate Sentence Habeas Corpus: | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |  |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 871 IRS – Third Party 26 USC 7609 |  |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty |  |  |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other |  |  |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment | ☐ 550 Civil Rights |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities Other | ☐ 555 Prison Condition |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

**V. ORIGIN** (Place an "X" in One Box Only)
☐ 1 Original Proceeding  ☒ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal To District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
(Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do no cite jurisdictional statutes unless diversity):
29 U.S.C. § 201 et seq and 29 U.S.C. § 206 Equal Pay Act Violation
Length of Trial via __3__ days estimated (for both sides to try entire case)

**VII REQUESTED IN COMPLAINT:** ☐ Check if this is a class action Demand $_____
Under F.R.C.P. 23

Check yes only if demanded in complaint
Jury Demand: ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): Judge _____ Docket Number _____

Date: 4-26-07
Signature of Attorney of Record: Suzanne Bogdan

**For Office Use Only**  Receipt # 539913  Amount 350.00  Applying IFP _____